| THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | * | NO. 2020-CA-0334 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| TIDEWATER LANDFILL LLC & THE LOUISIANA FRUIT COMPANY, ET AL | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**BELSOME, J., DISSENTS FOR THE REASONS ASSIGNED BY JUDGE DYSART.**